JS-6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHEM LAM & CHARRISE ESPIRITU,<br><br>Plaintiff,<br><br>v.<br><br>PMC BANCORP, AURORA LOAN SVCS, QUALITY LOAN SVC CORP,<br><br>Defendants. | Case No. 5:11-cv-00165 MMM (VBKx)<br><br>[PROPOSED] ORDER OF DISMISSAL<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)]<br><br>Complaint Filed:  December 22, 2010<br>Trial Date:           None |

Before the Court is a stipulation for dismissal of this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Based on the stipulation, the Court orders this case dismissed without prejudice.

Dated: _March 22, 2011_____        _____
                                  Honorable Margaret M. Morrow
                                  United States District Court Judge

{DN069705;1}                                1
**[PROPOSED] ORDER OF DISMISSAL**